# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

————————

No. 98-2592NE

————————

Bernard Niewohner,      *
    *
         Appellant,     *    Appeal from the United States
    *    District Court for the District
    v.     *    of Nebraska.
    *
First American Title Insurance     *       [UNPUBLISHED]
Company,     *
    *
         Appellee.     *

————————

Submitted:  February 24, 1999
Filed:  March 9, 1999

————————

Before McMILLIAN, FAGG, and BEAM, Circuit Judges.

————————

PER CURIAM.

Bernard Niewohner appeals the district court's adverse grant of summary judgment in this diversity-based title insurance case. We review a grant of summary judgment under a well-established standard. Because this is a diversity action, we review de novo questions of state law. Having considered the record and the parties' submissions, we are satisfied the district court correctly applied the law and the record supports the district court's ruling. We also conclude a comprehensive opinion in this diversity case would lack precedential value. We thus affirm on the basis of the district court's ruling without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.